Filed 1/6/2022 6:53 PI
Reba Squyres, District Cler
Angelina County, Texa
By: Alicia Murphy
Deputy Cler

IN THE JUDICIAL DISTRICT IN AND FOR ANGELINA COUNTY, TEXAS

CASE NO.: CV-00007-22-01

JESSICA BARRY,

        Plaintiff,

vs.

WAL-MART STORES EAST, LP,

        Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, JESSICA BARRY, by and through her undersigned counsel, and sues the Defendant, WAL-MART STORES EAST, LP, and alleges as follows:

### INTRODUCTION

1. This is a proceeding for damages to redress the deprivation of rights secured to the Plaintiff by the Family and Medical Leave Act, 29 U.S.C. 2601-2654 ("FMLA").

### JURISDICTION AND VENUE

2. The Court has jurisdiction over their controversy based upon the FMLA, and venue is proper as all acts described herein occurred within this judicial district.

### PARTIES

3. At all times material hereto, the Plaintiff was/is a citizen of the United States, sui juris, and an employee of the Defendant.

4. At all times material hereto, the Plaintiff was an employee and member of a protected class within the meaning of the FMLA.

5. At all times material hereto, Defendant was a Texas Corporation doing business and services in this judicial district, was the employer or former employer of the Plaintiff, and is an employer as defined by the FMLA.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. The Plaintiff has exhausted and fulfilled all conditions precedent to the institution of this action.

## STATEMENT OF FACTS

7. The Plaintiff was an employee for the Defendant since April of 2007.

8. In November of 2020, Plaintiff applied for FMLA to take care of her grandson as she is the primary caregiver for her grandson.

9. For reasons unknown to her, the Defendant denied her FMLA leave.

10. Moreover, Plaintiff was not made aware that her FMLA leave was denied as she thought she was on approved leave.

11. When she returned in January of 2021, she learned that she was terminated.

12. Plaintiff reached out multiple times for an explanation, yet never heard back.

13. Aside from her termination and lost wages, DCF removed her grandson from her authority and will not return him to her since she was no longer employed.

## COUNT I

## FMLA INTERFERENCE

14. The Plaintiff incorporates by reference paragraphs 1-13 herein.

15. At all times material to this lawsuit, the Plaintiff was entitled to leave under the FMLA.

16. The Defendant unlawfully interfered with the Plaintiff's exercise of her FMLA

rights by failing to reinstate her position, or equivalent thereto, upon her return from FMLA leave.

17. As a direct and proximate result of the Defendant's unlawful treatment, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, under the FMLA.

18. The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation under the FMLA.

WHEREFORE, the Plaintiff, JESSICA BARRY, requests that judgment be entered against the Defendant, WAL-MART STORES EAST, LP, for all damages recoverable under the FMLA, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a jury trial.

Respectfully submitted on January 6, 2022.

                      Law Offices of Levy & Levy, P.A.
                      325 N. Saint Paul Street
                      Suite 3100
                      Dallas, Texas 75201
                      Telephone: (954) 763-5722
                      Facsimile: (954) 763-5723
                      Email: chad@levylevylaw.com
                      Service Email: assistant@levylevylaw.com
                      *Counsel for Plaintiff*

                      */s/ Chad Levy*
                      CHAD E. LEVY, ESQ.
                      T.B.N.: 24117779