IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JESSICA BARRY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:22-CV-00057 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| WAL-MART STORES EAST, LP, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice. [Dkt. 9]. The Parties are seeking a dismissal with prejudice in this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all pending motions filed in this matter are hereby **DENIED AS MOOT**.

**SIGNED this 20th day of May, 2022.**

_____
Michael J. Truncale
United States District Judge